UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Timothy & Patricia Hartsock
       Thomas & Lucinda Hartsock      :      Case #    03-55175
                                                                              03-55176

                                                                     :      Chapter 12

                                                                     :      Judge   Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 12 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: 06/10/11                                          /s/ Frank M. Pees
                                                                       Frank M. Pees
                                                                       Chapter 12 Trustee

| Name and Address | Amount |
|---|---|
| SEARS<br>PO BOX 3671<br>DES MOINES IA 50322 | $23.98 |