UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Timothy & Patricia Hartsock
       Thomas & Lucinda Hartsock      :      Case #    03-55175
                                                                                    03-55176

                                                                :      Chapter 12

                                                                :      Judge   Caldwell

**<u>NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS</u>**

    Now comes Frank M. Pees, Standing Chapter 12 Trustee herein, and pursuant to 11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: 06/10/11                                      /s/ Frank M. Pees_____
                                                                     Frank M. Pees
                                                                     Chapter 12 Trustee

| Name and Address | Amount |
|---|---|
| TRI STATE DELTA CHEMICALS<br>ATTN RON DOUGLAS<br>57 GERMANTOWN CT STE 200<br>CORDOVA TN 38018 | $34.97 |