UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Timothy N Hartsock
       Patricia A Hartsock                :         Case # 03-55175/03-55176
       Thomas Walter Hartsock
       Lucinda K Hartsock

:         Chapter 12

:         Judge Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 12 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: August 22, 2011                        /s/ Frank M. Pees
                                                            Frank M. Pees
                                                            Chapter 12 Trustee

| Name and Address | Amount |
|---|---|
| CHILLICOTHE OIL COMPANY<br>NORM WILSON<br>315 TOWN ST PO BOX 189<br>CIRCLEVILLE OH 43113 | $319.80 |