UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Timothy N Hartsock
     Patricia A Hartsock               :           Case # 03-55175/03-55176
     Thomas Walter Hartsock
     Lucinda K Hartsock

                                  :           Chapter 12


                                  :           Judge Caldwell

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 12 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: August 22, 2011                       /s/ Frank M. Pees
                                                          Frank M. Pees
                                                          Chapter 12 Trustee


| Name and Address | Amount |
|---|---|
| DEPARTMENT OF INTERIOR<br>16062 STATE ROUTE 104<br>CHILLICOTHE OH 45601 | $30.52 |