UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Timothy N Hartsock
      Patricia A Hartsock                      :          Case # 03-55175/03-55176
      Thomas Walter Hartsock
      Lucinda K Hartsock

:          Chapter 12

:          Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 12 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: August 22, 2011                          /s/ Frank M. Pees
                                                             Frank M. Pees
                                                             Chapter 12 Trustee

| Name and Address | Amount |
|---|---|
| TRI STATE DELTA CHEMICALS<br>57 GERMANTOWN CT STE 200<br>CORDOVA TN 38018 | $34.97 |